# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 10, 2020

159857(76)

LINDA RIVERA,
        Plaintiff-Appellant,

v

SVRC INDUSTRIES, INC.,
        Defendant-Appellee.
_____/

Bridget M. McCormack,
*Chief Justice*

David F. Viviano,
*Chief Justice Pro Tem*

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
*Justices*

SC: 159857
COA: 341516
Saginaw CC: 16-031756-NZ

On order of the Chief Justice, the motion of the Michigan Association for Justice to file a brief amicus curiae is GRANTED. The amicus brief submitted on June 16, 2020, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 10, 2020



Clerk